EXHIBIT 4

EVIDENCE OF USE FOR U.S. PATENT NO. 10,049,410

Title: Receipts scanner and financial organizer

Application No.: US 14 /878,363

Filing Date: October 08, 2015

Issue Date: August 14, 2018

**Accused Product:**



Source: https://epson.com/For-Home/Scanners/Receipt-Scanners/c/h280



Source: https://epson.com/receipt-scanners

1

## Evidence of Use

| Claim Language | Evidence of Infringement |
|---|---|
| 1. A method for processing a paper expense receipt using a computer system, comprising the steps of:<br><br>receiving at a computer input device the paper expense receipt from an individual incurring an expense;<br><br>receiving on a computer processor an electronic image of the expense receipt from the computer input device; | Epson provides RapidReceipt scanners comes with ScanSmart Accounting Edition Software that makes it easy to scan receipts, invoices, etc. to a PC, Mac, tablet, and other devices. The software extracts and organizes data (expense data) from receipts and invoices of varied sizes.<br><br>EPSON US<br>EPSON® EXCEED YOUR VISION<br><br>Epson ScanSmart software is an intuitive program that allows end users to scan, review, and save documents. The Accounting Edition Upgrade License significantly improves the capabilities of the Epson ScanSmart Software.<br><br>Source: https://epson.com/Accessories/Scanner-Accessories/Epson-ScanSmart-Software-Accounting-Edition-Upgrade-License/p/ESSAE0001<br><br>The three RapidReceipt scanner models include Epson ScanSmart® Accounting Edition software, which converts stacks of unorganized receipts and invoices into actionable digital data. Small business owners and consumers can finally say goodbye to manually entering data because RapidReceipt software accurately extracts and organizes data from receipts and invoices, and seamlessly integrates into Excel® spreadsheets or third-party applications such as QuickBooks®, TurboTax®, Quicken, and more – all with zero subscription fees.[2] Users can also scan directly to cloud storage services such as Dropbox,<br><br>Source: https://news.epson.com/news/rapidreceipt-scanners |

2

| Claim Language | Evidence of Infringement |
|---|---|
| *Specification Support:* Briefly stated, the invention is an apparatus to scan receipts with a software which automatically processes, organizes and saves all the information from the scanned receipts. *The invention includes a scanner that is connected to a computer through a Universal Serial Bus (USB) port or parallel port and a software program loaded into the computer.* As the receipts are being scanned, all the information from the scanned receipts is automatically entered into the computer. [US Patent No. 10,049,410 at col. 2, lines 41 – 49] | **Scanning Invoices and Receipts and Using Invoice/Receipt Manager**<br><br>You can scan invoices and receipts and manage the data in Invoice/Receipt Manager.<br><br>**Note:** Invoice/Receipt Manager is available for select scanner models. Availability varies by country.<br><br>1. Load your original invoices or receipts into the scanner. See your scanner's *User's Guide* for instructions.<br>2. Press the ✧ start or ✧ scan button on the scanner.<br><br>If Epson ScanSmart is set as the default application, it automatically opens on your computer and the scan job begins. The invoices or receipts feed through the scanner. When scanning is complete, you see a screen like this:<br><br>Source: https://files.support.epson.com/docid/cpd5/cpd55726.pdf Page 37 and 38 of 63 |

| Claim Language | Evidence of Infringement |
|---|---|
| processing the electronic image to automatically obtain expense data by:<br><br>using software to retrieve at least the relevant data from the electronic image; and<br><br>parsing the relevant data to obtain the expense data within the relevant data; and<br><br><br><br>**Specification Support:**<br>Once a file is selected, it displays "ready for scanning" (Step 14) Now you can feed the receipts into the scanner 1 one at a time (Step 15). Click "scanning complete" once you have finished scanning all the receipts. You will find that all the information from the scanned receipts is automatically entered into the computer 2 (Step 16).<br><br>[US Patent No. 10,049,410 at col. 4, lines 16 – 21] | The computer receives scans of various receipts scanned by the scanner. For each scanned receipt, the expense information (such as total amount, tax) along with other key data is automatically extracted from the receipt using OCR technology.<br><br>Q ZOOM IN<br><br>Epson ScanSmart software is an intuitive program that allows end users to scan, review, and save documents. The Accounting Edition Upgrade License significantly improves the capabilities of the Epson ScanSmart Software.<br><br>Epson ScanSmart Accounting Edition Upgrade License provides access to a subscription-free, powerful software program for use with select Epson retail document scanner models, offering the following benefits:<br><br>- Easily scan receipts and key documents<br>- Automatically extract, organize and export accounting data into popular accounting platforms<br>- Save and store images and data to a drive or popular cloud platforms to avoid permanent loss of accounting information<br>- Supports exporting to QuickBooks® Online, QuickBooks® Desktop, Quicken® and TurboTax®<br><br>Note: Available for US and Canada only. Email required for purchase. Internet connection required to validate license key. One key per scanner. Third-party fees may apply.<br><br>Source: https://epson.com/Accessories/Scanner-Accessories/Epson-ScanSmart-Software-Accounting-Edition-Upgrade-License/p/ESSAE0001<br><br>**Extract Data Automatically**<br>Epson ScanSmart uses OCR technology to automatically extract information such as payment and suppliers from scanned images.<br><br>Source: https://download4.epson.biz/sec_pubs/xero/ |

4

| Claim Language | Evidence of Infringement |
| --- | --- |
|  | The new, intuitive Epson ScanSmart Accounting Edition Software[1] delivers advanced accounting document management tools to easily preview, email, upload, and organize receipts, invoices, financial documents and more. The receipt manager function can automatically extract data from receipts and invoices, and export to QuickBooks® Online or Excel, saving users time and eliminating the need for manual entry. The automatic file naming and receipt recognition tool, with machine-learning capabilities, identifies important data such as vendor names and logos, and streamlines the process of storing and finding critical data and documents[2].<br><br>Source: https://news.epson.com/news/document-scanners-scansmart-accounting<br><br>The ScanSmart Accounting Edition add-on, also known as Receipt Manager, can learn how to identify recurring data, including vendor names, logos, and monthly expenses. The more you use it, the more efficiently Receipt Manager obtains the financial data from the receipts, invoices, and expense reports you scan. It recognizes and extracts the data and then saves it to the appropriate fields, efficiently populating its own built-in database. Receipt Manager can then export the data to QuickBooks Online, QuickBooks, TurboTax, or Excel-compatible CSV files.<br><br>Source: https://in.pcmag.com/scanners/140438/epson-rapidreceipt-rr-600w |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br>Source: https://youtu.be/JG64czSt2sM?t=37 |

| Claim Language | Evidence of Infringement |
|---|---|
|  |  Source: https://youtu.be/JG64czSt2sM?t=45 |

| Claim Language | Evidence of Infringement |
|---|---|
| populating an electronic expense report with the expense data; and<br><br>displaying the electronic expense report to the individual;<br><br>**Specification Support:**<br><br>FIG. 3 illustrates various forms of scanned receipts. The invention allows editing of the information from the scanned receipts and organized data. *This organized data can be viewed in various formats, namely, tabular form* (see FIG. 4A), pie-chart form (see FIG. 4B), etc. *The tabular data formats include* income-expense reports, planned versus actual budget, *list of all expenses with different categories*, etc.<br>[US Patent No. 10,049,410 at col. 4, lines 45 – 52] | Epson's ScanSmart Accounting Edition software in the computer, processes expense information (such as total amount, tax, etc.) from all the scanned receipts and provides a report in form of a list of all the transactions along with their corresponding expense data (Total Amount, Tax), date, vendor and Currency type. This report is presented to the user on the computer display.<br><br>Source: https://youtu.be/JG64czSt2sM?t=40 |

| Claim Language | Evidence of Infringement |
|---|---|
| wherein the expense receipt has no predefined format for the computer system. | Epson's RapidReceipt scanners, with ScanSmart Accounting Edition Software, scans various sized paper receipts, invoices, business cards, even extra-long pages.<br><br>**Scan Virtually Anything**<br>Quickly scan stacks of various-sized paper receipts, invoices, business cards, even extra-long pages. And with Epson Single-Step Technology on the RapidReceipt 600W, you'll capture both sides of the document automatically.<br><br>**Accurately Categorize Data**<br>Without any subscription fees, Epson includes powerful scanning and document management software to accurately capture and translate information on your documents to digital data - giving you peace of mind your financial data is correct.<br><br>**Get Organized**<br>Easy sharing and collaboration via email or upload to popular cloud storage services including: Dropbox™, Evernote®, Google Drive™, and more.<br><br>Source: https://epson.com/receipt-scanners |