EXHIBIT 5

EVIDENCE OF USE FOR U.S. PATENT NO. 7,746,510

Title: Receipts scanner and financial organizer

Application No.: US 10/054,390

Filing Date: January 24, 2002

Issue Date: June 29, 2010

**Accused Product:**



Source: https://epson.com/For-Home/Scanners/Receipt-Scanners/c/h280



Source: https://epson.com/receipt-scanners

1

**Evidence of Use**

| Claim Language | Evidence of Infringement |
|---|---|
| 11. An apparatus for managing financial information, comprising:<br><br>a scanner for scanning various types of receipts of no predefined format, each said receipt containing expense information printed thereon;<br><br>***Specification Support:***<br>*Briefly stated, the invention is an apparatus to scan receipts with a software which automatically processes, organizes and saves all the information from the scanned receipts. The invention includes a scanner that is connected to a computer through a Universal Serial Bus (USB) port or parallel port and a software program loaded into the computer. As the receipts are being scanned, all the information from the scanned receipts is automatically entered into the computer.*<br>*[US Patent No. 7,746,510 at col. 2, lines 46 – 53]* | Epson provides RapidReceipt scanners which includes ScanSmart Accounting Edition Software that makes it easy to scan receipts, invoices, etc. to a PC, Mac, tablet, and other devices. The software extracts and organizes data (expense data) from receipts and invoices of varied sizes.<br><br>EPSON US<br>**EPSON**®<br>EXCEED YOUR VISION<br><br>New RapidReceipt RR-600W, RR-70W and RR-60 Scanner and Software Solutions Help Digitize, Organize and Manage Receipts, Invoices and Documents<br><br>The three RapidReceipt scanner models include Epson ScanSmart® Accounting Edition software, which converts stacks of unorganized receipts and invoices into actionable digital data. Small business owners and consumers can finally say goodbye to manually entering data because RapidReceipt software accurately extracts and organizes data from receipts and invoices, and seamlessly integrates into Excel® spreadsheets or third-party applications such as QuickBooks®, TurboTax®, Quicken, and more – all with zero subscription fees.[2] Users can also scan directly to cloud storage services such as Dropbox, Evernote Google Drive™ and OneDrive.<br><br>Source: https://news.epson.com/news/rapidreceipt-scanners |

2

| Claim Language | Evidence of Infringement |
| --- | --- |
| | **Scan Virtually Anything** Quickly scan stacks of various-sized paper receipts, invoices, business cards, even extra-long pages. And with Epson Single-Step Technology on the RapidReceipt 600W, you'll capture both sides of the document automatically. **Accurately Categorize Data** Without any subscription fees, Epson includes powerful scanning and document management software to accurately capture and translate information on your documents to digital data - giving you peace of mind your financial data is correct. Source: https://epson.com/receipt-scanners The ScanSmart Accounting Edition add-on, also known as Receipt Manager, can learn how to identify recurring data, including vendor names, logos, and monthly expenses. The more you use it, the more efficiently Receipt Manager obtains the financial data from the receipts, invoices, and expense reports you scan. It recognizes and extracts the data and then saves it to the appropriate fields, efficiently populating its own built-in database. Receipt Manager can then export the data to QuickBooks Online, QuickBooks, TurboTax, or Excel-compatible CSV files. Source: https://in.pcmag.com/scanners/140438/epson-rapidreceipt-rr-600w |

| Claim Language | Evidence of Infringement |
|---|---|
| a computer in communication with said scanner, said computer receiving a scan of each said receipt<br><br>*Specification Support: Briefly stated, the invention is an apparatus to scan receipts with a software which automatically processes, organizes and saves all the information from the scanned receipts. The invention includes a scanner that is connected to a computer through a Universal Serial Bus (USB) port or parallel port and a software program loaded into the computer. As the receipts are being scanned, all the information from the scanned receipts is automatically entered into the computer.*<br>[US Patent No. 7,746,510 at col. 2, lines 46 – 53] | Epson Receipt Scanner is connected with a computer system such that when user loads receipts into the scanner and presses the start button on the scanner, the Epson ScanSmart software automatically opens on the computer and the scan job begins. When the scanning job is complete, the computer displays scanned images of the receipts on its screen.<br><br>The scanner runs on battery power when it is not connected to the computer with a USB cable, or if it is connected via Wi-Fi. You can charge the battery from a computer with a USB connection to the scanner.<br>1. Make sure that the computer is turned on and not in sleep mode.<br>2. Connect the scanner to the computer using the micro USB cable that came with the scanner.<br><br>Source: https://files.support.epson.com/docid/cpd5/cpd59070.pdf Pages 12 of 104<br><br>2 Requires Epson ScanSmart Accounting Edition Software installed on the connected Windows PC or Mac. Not available for Android™/iOS devices. Internet connection required for some applications.<br><br>Source: https://news.epson.com/news/rapidreceipt-scanners |

4

| Claim Language | Evidence of Infringement |
|---|---|
|  | **Scanning Receipts and Using Receipt Manager**<br>You can scan receipts and manage the data in Receipt Manager.<br>1. Load your original receipts into the scanner.<br>2. Press the ✧ start button on the scanner.<br><br>Epson ScanSmart automatically opens on your computer and the scan job begins. The receipts feed through the scanner. When scanning is complete, you see a screen like this:<br><br>Source: https://files.support.epson.com/docid/cpd5/cpd59070.pdf Page 49 and 50 of 104 |

| Claim Language | Evidence of Infringement |
|---|---|
| and processing said scan by collecting the expense information from the scan;<br><br>**Specification Support:**<br>*Once a file is selected, it displays "ready for scanning" (Step 14) Now you can feed the receipts into the scanner 1 one at a time (Step 15). Click "scanning complete" once you have finished scanning all the receipts. You will find that all the information from the scanned receipts is automatically entered into the computer 2 (Step 16).*<br>[US Patent No. 7,746,510 at col. 4, lines 16 – 21] | The computer receives scans of various receipts scanned by the scanner. For each scanned receipt, the expense information (such as total amount, tax) along with other key data is automatically extracted from the receipt using OCR technology.<br><br>**Extract Data Automatically**<br>Epson ScanSmart uses OCR technology to automatically extract information such as payment and suppliers from scanned images.<br><br>Source: https://download4.epson.biz/sec_pubs/xero/<br><br>Source: https://youtu.be/JG64czSt2sM?t=37 |

6

| Claim Language | Evidence of Infringement |
|---|---|
| | 

Source: https://youtu.be/JG64czSt2sM?t=45 |

| Claim Language | Evidence of Infringement |
| --- | --- |
| a display device in communication with said computer, wherein said computer organizes said expense information collected from each said scan by categorizing the expense information into one or more predetermined expense categories to obtain report information,<br><br>wherein said report information for at least one of said predetermined categories is displayed on said display device. | Epson's ScanSmart Accounting Edition software in the computer, processes expense information (such as total amount, tax, etc.) from all the scanned receipts and categorizes the transactions into predetermined expense categories based on the type of transaction. The list of categorized transactions is presented to the user on the computer display.<br><br>**Receipt management software included** — no subscription required; automatically and accurately extract and categorize key data from receipts<br><br>Source: https://files.bbystatic.com/zE71EeYsFJ97xojqEpapNg%3D%3D/Spec%2BSheet<br><br>Epson ScanSmart Accounting Edition Software for Receipt Scanners | Take a Tour<br><br>Source: https://youtu.be/JG64czSt2sM?t=40 |

8

| Claim Language | Evidence of Infringement |
|---|---|
| 12. An apparatus as claimed in claim 11, wherein said scanner is a portable scanner configured to automatically feed the receipt through said scanner while the receipt is being scanned, said receipts of no predefined format including grocery receipts, purchase receipts, credit card receipts or bank statements having different widths and thicknesses. | Epson's Rapid Receipt scanners can scan receipts of varying sizes.<br><br>**RR-60/RR-70W User's Guide**<br>**General Specifications**<br><br>| Scanner type | Portable, sheet feed, simplex (single-sided) color A4/Letter size |<br>| Photoelectric device | CIS |<br>| Effective pixels | 5100 × 8400 pixels at 600 dpi (maximum) |<br>| | 2550 × 21600 pixels at 300 dpi (maximum - long paper) |<br><br>Source: https://files.support.epson.com/docid/cpd5/cpd59070.pdf Page 91 of 104<br><br>RapidReceipt™ RR-60 Mobile Receipt and Color Document Scanner<br><br>**Automatic Feeding Mode** — automatically accepts each new sheet as it's inserted; scans up to 10 pages per minute[3]<br><br>Source: https://files.bbystatic.com/zE71EeYsFJ97xojqEpapNg%3D%3D/Spec%2BSheet<br><br>Wireless, ultra fast, ultra small, lightweight receipt scanner designed for managing receipts/invoices.<br><br>The fastest, smallest and lightest weight mobile single-sheet-fed document scanner in its class[1], powered by battery or USB, the Epson RapidReceipt RR-70W was specifically designed to quickly scan invoices and receipts of varying sizes, then automatically and accurately process the information into digital assets.<br><br>Source: https://epson.com/For-Work/Scanners/Receipt-Scanners/RapidReceipt%26trade%3B-RR-70W-Wireless-Mobile-Receipt-and-Color-Document-Scanner/p/B11B253205 |

| Claim Language | Evidence of Infringement |
|---|---|
|  | **Why Buy an Epson RapidReceipt Scanner?** Scan. Categorize. Organize.<br><br>**Scan Virtually Anything**<br>Quickly scan stacks of various-sized paper receipts, invoices, business cards, even extra-long pages. And with Epson Single-Step Technology on the RapidReceipt 600W, you'll capture both sides of the document automatically.<br><br>Source: https://epson.com/receipt-scanners |

| Claim Language | Evidence of Infringement |
|---|---|
| 13. An apparatus as claimed in claim 11, wherein the apparatus allows a user to edit the expense information collected from the scans of each of said receipts. | Users can edit the scanned expense information.<br><br><br><br>Source: https://youtu.be/JG64czSt2sM?t=45 |

| Claim Language | Evidence of Infringement |
|---|---|
| 14. An apparatus as claimed in claim 11, wherein the apparatus is configured to save the expense information collected from the scans of said receipts in Quicken Interchange Format, thereby enabling the expense information collected from the scans to be imported by a financial management program.<br><br>***Specification Support:***<br>*The apparatus also automatically saves the information scanned from the receipts in the Quicken Interchange Format (QIF), allowing it to be imported by any financial management program like Quicken,* Money, *etc.*<br>*[US Patent No. 7,746,510 at col. 3, lines 2 – 5]* | The RapidReceipt scanner can save the expense in Quicken Interchange Format (QIF), thereby enabling the expense information collected from the scans to be imported by a financial management program such as Quicken.<br><br>Epson ScanSmart Accounting Edition Software for Receipt Scanners | Take a Tour<br><br>Epson's subscription-free receipt management software automatically extracts and categorizes key receipt data. With the scanned data, easily export it to third-party software such as Quickbooks, TurboTax, Quicken, and Excel CSV. This software includes all ScanSmart software features as well.<br><br>Source: https://www.youtube.com/watch?v=JG64czSt2sM<br><br>**Saving or Exporting Receipts to Quicken**<br>You can save receipt data as a QIF file or export it for use in Quicken.<br><br>1. Make sure your receipts are scanned and reviewed. See the link below.<br>2. In the **Export and Save** window, click **Quicken File**.<br>You see a screen like this:<br><br>Receipt Manager<br>Export Quicken File.<br>Select the Quicken account to export and save the data to.<br>Cash transaction<br>Continue   Cancel<br><br>3. Do one of the following:<br>• Select **Cash transaction** and click **Continue** to save the receipt data as a QIF file.<br>• Select **Select the Quicken account** and click **Continue** to export the receipt data to a QIF file previously saved on your computer.<br>The scanned receipt data is saved or exported.<br><br>Source: https://files.support.epson.com/docid/cpd5/cpd56105.pdf Page 63 and 64 of 112 |

| Claim Language | Evidence of Infringement |
|---|---|
| 15. An apparatus as claimed in claim 11, wherein each scan of said receipts is organized as an individual transaction so that the expense information obtained from each scanned receipt is able be individually viewed and edited. | With Epson ScanSmart Accounting Edition Software, each scan of the receipts is organized as an individual transaction, where key details (such as Total Amount, Tax, Date issued, Vendor, etc.)  for each scanned receipt is saved in a tabular form. For each scanned receipt, the key details of the receipt can be reviewed and edited by the user.<br><br><br><br>Source: https://youtu.be/JG64czSt2sM?t=40 |