EXHIBIT 6

EVIDENCE OF USE FOR U.S. PATENT NO. 8,693,070

Title: Receipts scanner and financial organizer

Application No.: US 13/743,603

Filing Date: January 17, 2013

Issue Date: April 08, 2014

**Accused Product:**



Source: https://epson.com/For-Home/Scanners/Receipt-Scanners/c/h280



Source: https://epson.com/receipt-scanners

1

**Evidence of Use**

| Claim Language | Evidence of Infringement |
|---|---|
| 1. In a system having a scanner in communication with a computing device, a method comprising the steps of:<br><br>obtaining, by the scanner, an electronic image of a document having no predefined format and containing numerical information; | Epson provides RapidReceipt scanners comes with ScanSmart Accounting Edition Software that makes it easy to scan receipts, invoices, etc. to a PC, Mac, tablet, and other devices. The software extracts and organizes data (expense data) from receipts and invoices of varied sizes. The Epson Receipt Scanner is connected with a computer system such that when the scanning job is complete, the computer displays scanned images of the receipts on its screen.<br><br>Epson ScanSmart software is an intuitive program that allows end users to scan, review, and save documents. The Accounting Edition Upgrade License significantly improves the capabilities of the Epson ScanSmart Software.<br><br>Source: https://epson.com/Accessories/Scanner-Accessories/Epson-ScanSmart-Software-Accounting-Edition-Upgrade-License/p/ESSAE0001<br><br>The three RapidReceipt scanner models include Epson ScanSmart® Accounting Edition software, which converts stacks of unorganized receipts and invoices into actionable digital data. Small business owners and consumers can finally say goodbye to manually entering data because RapidReceipt software accurately extracts and organizes data from receipts and invoices, and seamlessly integrates into Excel® spreadsheets or third-party applications such as QuickBooks®, TurboTax®, Quicken, and more – all with zero subscription fees.[2] Users can also scan directly to cloud storage services such as Dropbox,<br><br>Source: https://news.epson.com/news/rapidreceipt-scanners |

| Claim Language | Evidence of Infringement |
|---|---|
| **Specification Support:** *Briefly stated, the invention is an apparatus to scan receipts with a software which automatically processes, organizes and saves all the information from the scanned receipts. The invention includes a scanner that is connected to a computer through a Universal Serial Bus (USB) port or parallel port and a software program loaded into the computer. As the receipts are being scanned, all the information from the scanned receipts is automatically entered into the computer.* [US Patent No. 8,693,070 at col. 2, lines 54 – 61] | **Scanning Invoices and Receipts and Using Invoice/Receipt Manager**<br><br>You can scan invoices and receipts and manage the data in Invoice/Receipt Manager.<br><br>**Note:** Invoice/Receipt Manager is available for select scanner models. Availability varies by country.<br><br>1. Load your original invoices or receipts into the scanner. See your scanner's *User's Guide* for instructions.<br>2. Press the ✧ start or ✧ scan button on the scanner.<br><br>If Epson ScanSmart is set as the default application, it automatically opens on your computer and the scan job begins. The invoices or receipts feed through the scanner. When scanning is complete, you see a screen like this:<br><br>[screenshot of Epson ScanSmart Review Scans window]<br><br>Source: https://files.support.epson.com/docid/cpd5/cpd55726.pdf Page 37 and 38 of 63 |

3

| Claim Language | Evidence of Infringement |
|---|---|
| | The scanner runs on battery power when it is not connected to the computer with a USB cable, or if it is connected via Wi-Fi. You can charge the battery from a computer with a USB connection to the scanner.<br>1. Make sure that the computer is turned on and not in sleep mode.<br>2. Connect the scanner to the computer using the micro USB cable that came with the scanner.<br><br>Source: https://files.support.epson.com/docid/cpd5/cpd59070.pdf Pages 12 of 104<br><br>2 Requires Epson ScanSmart Accounting Edition Software installed on the connected Windows PC or Mac. Not available for Android™/iOS devices. Internet connection required for some applications.<br><br>Source: https://news.epson.com/news/rapidreceipt-scanners |

4

| Claim Language | Evidence of Infringement |
|---|---|
| **automatically capturing**, in the computing device, the obtained electronic image including the numerical information;<br><br>organizing, in the computing device, the captured numerical information;<br><br>enabling editing of the captured numerical information;<br><br><br><br>***Specification Support:***<br>*Once a file is selected, it displays "ready for scanning" (Step 14) Now you can feed the receipts into the scanner 1 one at a time (Step 15). Click "scanning complete" once you have finished scanning all the receipts. You will find that all the information from the scanned receipts is automatically entered into the computer* 2 *(Step 16).*<br>[US Patent No. 8,693,070 at col. 4, lines 19 – 24] | The computer receives scans of various receipts scanned by the scanner. For each scanned receipt, the expense information (such as total amount, tax) along with other key data is automatically extracted from the receipt using OCR technology, and displayed to the user. The Epson ScanSmart software allows users to edit the captured numerical information such as (such as total amount, tax) along with other key data.<br><br><br><br>Epson ScanSmart software is an intuitive program that allows end users to scan, review, and save documents. The Accounting Edition Upgrade License significantly improves the capabilities of the Epson ScanSmart Software.<br><br>Epson ScanSmart Accounting Edition Upgrade License provides access to a subscription-free, powerful software program for use with select Epson retail document scanner models, offering the following benefits:<br><br>- Easily scan receipts and key documents<br>- Automatically extract, organize and export accounting data into popular accounting platforms<br>- Save and store images and data to a drive or popular cloud platforms to avoid permanent loss of accounting information<br>- Supports exporting to QuickBooks® Online, QuickBooks® Desktop, Quicken® and TurboTax®<br><br>**Note:** Available for US and Canada only. Email required for purchase. Internet connection required to validate license key. One key per scanner. Third-party fees may apply.<br><br><br><br>Source: https://epson.com/Accessories/Scanner-Accessories/Epson-ScanSmart-Software-Accounting-Edition-Upgrade-License/p/ESSAE0001<br><br>The new, intuitive Epson ScanSmart Accounting Edition Software[1] delivers advanced accounting document management tools to easily preview, email, upload, and organize receipts, invoices, financial documents and more. The receipt manager function can automatically extract data from receipts and invoices, and export to QuickBooks® Online or Excel, saving users time and eliminating the need for manual entry. The automatic file naming and receipt recognition tool, with machine-learning capabilities, identifies important data such as vendor names and logos, and streamlines the process of storing and finding critical data and documents[2].<br><br>Source: https://news.epson.com/news/document-scanners-scansmart-accounting |

| Claim Language | Evidence of Infringement |
| --- | --- |
| | The ScanSmart Accounting Edition add-on, also known as Receipt Manager, can learn how to identify recurring data, including vendor names, logos, and monthly expenses. The more you use it, the more efficiently Receipt Manager obtains the financial data from the receipts, invoices, and expense reports you scan. It recognizes and extracts the data and then saves it to the appropriate fields, efficiently populating its own built-in database. Receipt Manager can then export the data to QuickBooks Online, QuickBooks, TurboTax, or Excel-compatible CSV files.<br><br>Source: https://in.pcmag.com/scanners/140438/epson-rapidreceipt-rr-600w<br><br>**Extract Data Automatically**<br>Epson ScanSmart uses OCR technology to automatically extract information such as payment and suppliers from scanned images.<br><br>Source: https://download4.epson.biz/sec_pubs/xero/ |

| Claim Language | Evidence of Infringement |
|---|---|
| |  |

| Claim Language | Evidence of Infringement |
|---|---|
| ***Specification Support:*** *Each receipt is entered as a separate transaction using preselected, or default categories. You have the flexibility to change the categories any time and reconcile. Now the software program in the computer 2 has organized all the information (Step 17). This new or updated file is ready for viewing on the screen (see the monitor 3 in FIG. 1) and/or for printing (see the printer 4 in the FIG. 1) (Step 18). Also, after viewing the file, if needed you can modify or edit each transaction (Step 19). Further, the software also allows for record keeping, budgeting and reconciliation.* [US Patent No. 8,693,070 at col. 4, lines 24 – 34] | <br><br>Source: https://youtu.be/JG64czSt2sM?t=45<br><br>Epson's ScanSmart Accounting Edition software in the computer, processes expense information (such as total |

| Claim Language | Evidence of Infringement |
|---|---|
| enabling viewing of the captured numerical information in a desired format; and<br><br>combining the captured numerical information with other numerical information previously captured from other documents into a report. | amount, tax, etc.) from all the scanned receipts and displays a list all the transactions along with their corresponding numerical information.<br><br><br><br>Source: https://youtu.be/JG64czSt2sM?t=40<br><br>The ScanSmart Accounting Edition software includes Receipt Manager which extracts numerical information |

| Claim Language | Evidence of Infringement |
|---|---|
| 2. The method according to claim 1, further comprising the step of:<br>exporting the captured numerical information from the obtained electronic image to a financial management program.<br><br>3. The method according to claim 2, wherein the financial management program is Quicken.<br><br>**Specification Support:**<br>*The apparatus also automatically saves the information scanned from the receipts in the Quicken Interchange Format (QIF), allowing it to be imported by any financial management program like Quicken, Money, etc.*<br>*[US Patent No. 8,693,070 at col. 3, lines 10 – 13]*<br><br>*The invention also allows QIF formatted data to be imported into any financial organizer program like Quicken, Money, etc.*<br>*[US Patent No. 8,693,070 at col. 4, lines 56 – 58]* | (Total Amount, Tax, etc.) from the receipts and allows the user to export the data to Financial management program such as Quicken.<br><br>The ScanSmart Accounting Edition add-on, also known as Receipt Manager, can learn how to identify recurring data, including vendor names, logos, and monthly expenses. The more you use it, the more efficiently Receipt Manager obtains the financial data from the receipts, invoices, and expense reports you scan. It recognizes and extracts the data and then saves it to the appropriate fields, efficiently populating its own built-in database. Receipt Manager can then export the data to QuickBooks Online, QuickBooks, TurboTax, or Excel-compatible CSV files.<br><br>Source: https://in.pcmag.com/scanners/140438/epson-rapidreceipt-rr-600w<br><br>Epson ScanSmart Accounting Edition Software for Receipt Scanners | Take a Tour<br><br>Epson's subscription-free receipt management software automatically extracts and categorizes key receipt data. With the scanned data, easily export it to third-party software such as Quickbooks, TurboTax, Quicken, and Excel CSV. This software includes all ScanSmart software features as well.<br><br>Source: https://www.youtube.com/watch?v=JG64czSt2sM |

| Claim Language | Evidence of Infringement |
|---|---|
| | **Saving or Exporting Receipts to Quicken**<br>You can save receipt data as a QIF file or export it for use in Quicken.<br><br>1. Make sure your receipts are scanned and reviewed. See the link below.<br>2. In the **Export and Save** window, click **Quicken File**.<br>You see a screen like this:<br><br>Receipt Manager<br><br>Export Quicken File.<br>Select the Quicken account to export and save the data to.<br><br>Cash transaction<br><br>Continue    Cancel<br><br>3. Do one of the following:<br>• Select **Cash transaction** and click **Continue** to save the receipt data as a QIF file.<br>• Select **Select the Quicken account** and click **Continue** to export the receipt data to a QIF file previously saved on your computer.<br><br>The scanned receipt data is saved or exported.<br><br>Source: https://files.support.epson.com/docid/cpd5/cpd55726.pdf Page 44 of 63 |

| Claim Language | Evidence of Infringement |
|---|---|
| 5. The method according to claim 1,<br><br>wherein the document is a receipt and the other documents are other receipts and the report summarizes expense information contained in the captured numerical information on electronic image of the receipt along with the other numerical information previously captured from the other receipts.<br><br>**Specification Support:**<br><br>FIG. 3 illustrates various forms of scanned receipts. The invention allows editing of the information from the scanned receipts and organized data. This organized data can be viewed in various formats, namely, tabular form (see FIG. 4A), pie-chart form (see FIG. 4B), etc. The tabular data formats include income-expense reports, planned versus actual budget, list of all expenses with different categories, etc.<br>[US Patent No. 8,693,070 at col. 4, lines 46 – 53] | Epson's ScanSmart Accounting Edition software in the computer, processes expense information (such as total amount, tax, etc.) from all the scanned receipts and displays a list all the transactions along with their corresponding numerical information.<br><br>Source: https://youtu.be/JG64czSt2sM?t=40 |

12

| Claim Language | Evidence of Infringement |
|---|---|
| 6. The method according to claim 5, further comprising the steps of:<br><br>categorizing the expense information for the receipts into one or more predetermined categories to obtain categorized information for the receipts,<br><br>wherein the report presents the expense information in the one or more predetermined categories. | Epson's ScanSmart Accounting Edition software in the computer, processes expense information (such as total amount, tax, etc.) from all the scanned receipts and categorizes the transactions into predetermined expense categories based on the type of transaction. The list of categorized transactions is presented to the user on the computer display.<br><br><br><br>Source: https://files.bbystatic.com/zE71EeYsFJ97xojqEpapNg%3D%3D/Spec%2BSheet<br><br>Source: https://youtu.be/JG64czSt2sM?t=40 |

13